588 A.2d 1308

**PENNSYLVANIA OSTEOPATHIC MEDICAL ASSOCIATION**

v.

**Constance B. FOSTER, et al.**

**Appeal of PENNSYLVANIA INSURANCE GUARANTY ASSOCIATION.**

**No. 127 M.D. Appeal Dkt. 1990.**

Supreme Court of Pennsylvania.

April 5, 1991.

## ORDER

PER CURIAM:

AND NOW, this 5th day of April, 1991, upon consideration of the Application for Reconsideration, the appeal is hereby reinstated and jurisdiction is noted.